# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADAN CARRERA CARDENAS,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL S. EVANS,<br><br>    Respondent. | No. SA CV 06-01120-AHM (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE FINAL REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |

Pursuant to 28 U.S.C. §636, the Court has made a _de novo_ review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition, all of the records herein and the Final Report and Recommendation of the United States Magistrate Judge ("Final Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Final Report and Recommendation, (2) Respondent's Motion to Dismiss is granted; and (3) Judgment be entered denying and dismissing the Petition with prejudice.

DATED: June 27, 2008

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE