# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADAN CARRERA CARDENAS, ) | No. SA CV 06-01120-AHM (VBK) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| MICHAEL S. EVANS, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting and Adopting the Final Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: June 27, 2008

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE